

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Jose Salvador Hernandez, | § | No. 08-21-00023-CV |
| Appellant, | § | Appeal from the |
| v.<br>Arleon, LLC and ISSE Investment<br>Group Corporation, | § | 171st District Court |
| | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV2709) |
| | § | |

## **O R D E R**

On its Court's own motion the Court finds good cause to abate this case. Therefore, we ORDER this appeal to be abated until August 17, 2022. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated.

IT IS SO ORDERED this 3rd day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.